UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| KELLY SCHULTZ, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>NATIONS INFO. CORP., a California corporation<br><br>Defendant. | Case No. 09-cv-02813-DWF-DTS<br><br>**STIPULATION** |

Pursuant to Federal Rule of Civil Procedure 6(b), it is hereby stipulated and agreed by Plaintiff Kelly Schultz and Defendant Nations Info. Corp. ("NIC"), through their undersigned counsel, as follows:

1. The Parties agree that NIC's deadline to respond to Plaintiffs' Complaint shall be January 24, 2020;

2. The Parties request that the Court enter the Proposed Order filed herewith extending NIC's deadline to respond.

Respectfully submitted,

Dated: December 20, 2019

*s/Ryan Peterson*
Peterson Legal, PLLC
5201 Eden Avenue, Suite 300
Edina, Minnesota 55436
ryan@peterson.legal
Telephone: (612) 367-6568
Facsimile: (612) 295-0415

Steven L. Woodrow*
swoodrow@woodrowpeluso.com
Patrick H. Peluso*
ppeluso@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

Stefan Coleman*
law@stefancoleman.com
LAW OFFICES OF STEFAN COLEMAN, P.A.
201 S. Biscayne Blvd, 28th Floor
Miami, FL 33131
Telephone: (877) 333-9427
Facsimile: (888) 498-8946
*Attorneys for Plaintiff and the putative Classes*

Jaime Drozd Allen*
jaimeallen@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 757-8039
Facsimile: (206) 757-0729
*Attorney for Nations Info. Corp.*

*Pro Hac Vice motion forthcoming*