# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| KELLY SCHULTZ, individually and on behalf of all others similarly situated, | Civil No. 19-2813 (DWF/DTS) |
| Plaintiff, | **ORDER FOR DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| NATIONS INFO CORP, a California Corporation, | |
| Defendant. | |

Based upon the Stipulation for Dismissal filed by the Parties on October 2, 2020, (Doc. No. [28]),

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** and without costs, disbursements, or attorneys' fees to either party.

Dated:  December 2, 2020            s/Donovan W. Frank
                                    DONOVAN W. FRANK
                                    United States District Judge